IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GARRY ANZAROOT, | |
| Plaintiff | Civil Action No. L02-2579 |
| v. | |
| QWEST COMMUNICATIONS CORPORATION, | |
| Defendant | |

### ORDER

Upon consideration of the Motion made by Jennifer Blunt, as counsel for Defendant Qwest Communications Corporation ("Qwest") for the Admission *Pro Hac Vice* of Chuck Henson, it is hereby

**ORDERED** that the motion is granted and it is further

**ORDERED** that Chuck Henson shall be admitted *pro hac vice* to appear before this Court and to act on behalf of and as counsel for Qwest in the above captioned matter.

Felicia C. Cannon

by _____
Clerk, United States District Court

03-75945.01