IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
2002 AUG 15 P 4: 36

| | |
|---|---|
| GARRY ANZAROOT, ) | |
| ) | |
| Plaintiff ) | Civil Action No. L02-2579 |
| ) | |
| v. ) | 2569 |
| ) | |
| QWEST COMMUNICATIONS ) | |
| CORPORATION, ) | |
| ) | |
| Defendant ) | |

### ORDER SUBSTITUTING COUNSEL FOR THE DEFENDANT

Upon consideration of the Motion to Strike and Enter Appearance filed by William C. Sammons and William S. Heyman, together with Tydings & Rosenberg LLP (collectively "T&R"), present counsel to defendant Qwest Communications Corporation, ("Qwest"), and Jeffrey Jacobovitz, Jennifer Blunt and Of Counsel Chuck Henson together with Kutak Rock LLP (collectively "Kutak Rock"), proposed counsel to Qwest, it is this _15_ day of _August_ _____, 2002, by the United States District Court for the District of Maryland

**ORDERED**, that the appearance of T&R be and hereby is stricken and the appearance of Kutak Rock is hereby entered as counsel for Qwest.

_____
~~BENSON E. LEGG~~ F N Smalken
United States District Judge

03-75925.01

CC:  William C. Sammons, Esq.
William S. Heyman, Esq.
Tydings & Rosenberg LLP
100 East Pratt Street
26th Floor
Baltimore, Maryland 21202

Jeffrey S. Jacobovitz, Esq.
Jennifer M. Blunt, Esq.
Kutak Rock LLP
Suite 1000
1101 Connecticut Avenue, N.W.
Washington, D.C. 20036

Chuck Henson, Esq.
Kutak Rock LLP
Suite 2900
717 Seventeenth Street
Denver, CO 80202-3329

Charles B. Zuravin, Esq.
Charles B. Zuravin, PA
11032 Two Ships Court
Columbia, MD 21044