IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GARRY ANZAROOT, ) | |
| ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. L02-2579 2569 |
| v. ) | |
| ) | |
| QWEST COMMUNICATIONS ) | |
| CORPORATION, ) | |
| ) | |
| Defendant ) | |
| ) | |

## ORDER

Upon consideration of the Motion for Extension of Time to Answer Complaint made by Defendant Qwest Communications Corporation ("Qwest") and any opposition thereto, it is hereby

**ORDERED** that the motion is granted and further, it is

**ORDERED** that Defendant shall be granted one additional day from September 26, 2002 to file its Answer and that said answer shall be served and filed on September 27, 2002.

Dated: 9/27/02

By: _____
U.S. District Judge

03-77045.01