IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN 30  A 11: 35

CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

| | |
|---|---|
| **GARRY ANZAROOT,** ) <br> ) <br> **Plaintiff** ) <br> ) <br> v. ) <br> ) <br> **QWEST COMMUNICATIONS** ) <br> **CORPORATION,** ) <br> ) <br> **Defendant** ) <br> ) | Civil Action No. L02-2569 |

## ORDER

Upon consideration of the Joint Motion made by Plaintiff Gary Anzaroot and Defendant, Qwest Communications Corp. ("Qwest") for an Extension of Discovery Up To and Including March 31, 2003, it is hereby

ORDERED that the Motion is Granted and it is further

ORDERED that the February 20, 2002 date currently set forth in the Court's October 8 2002 Scheduling Order as the cut-off for discovery shall be and is extended up to and including March 31, 2003.

Date: 1/29/03

By: *B. Legg*
Benson Everett Legg
U.S. District Judge

03-80433.01